

EJD/LRO
F. #2021R00184

December 31, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Liu, et al.
> Criminal Docket No. 22-311 (LDH)

Dear Judge DeArcy Hall:

The government writes to provide the Court with an additional update prior to the January 22, 2026 status conference, as new developments may impact the April 6, 2026 trial date in this case.

The parties continue to confer regarding pretrial motions and other deadlines in this case, and did so as recently as yesterday, December 30, 2025. The government has learned that this case may implicate classified information, and has advised defense counsel that the government expects to file a motion today pursuant to the Classified Information Procedures Act, 18 U.S.C. app. 3 ("CIPA"). Counsel for defendants Liu and Taylor have each advised the government that they continue in their prior request for an adjournment of the April 6, 2026 trial date and note their intent to seek discovery pursuant to CIPA. Both defense counsel note that their clients are on pretrial release and would agree to an exclusion of time under the Speedy Trial Act.

The parties are next scheduled to appear for a status conference on January 22, 2026. At that time, the government intends to respectfully request that the Court set a briefing schedule for the filing of the government's anticipated motion pursuant to CIPA Section 4, and the defendants expect to respectfully renew their request for an adjournment of the trial date,

which the government believes will be necessary in light of its CIPA motion.  The parties recognize that this trial date was long-set, and that this Court has a heavy trial schedule.  We apologize in advance to the Court for the forthcoming request to adjourn the trial date.

                             Respectfully submitted,

                             JOSEPH NOCELLA, JR.
                             United States Attorney

By:    /s/_____
            Emily J. Dean
            Lindsey R. Oken
            Assistant U.S. Attorneys
            (718) 254-7000

cc:    Clerk of Court (LDH) (by ECF)